IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| | |
|---|---|
| **NICK P. ALLEN** and **VANESSA J. ALLEN**, | ] ] ] |
| Plaintiffs, | ] ] |
| v. | **Case No. 4:16-cv-00120-FJG** |
| **OCWEN LOAN SERVICING, LLC,** *et al.*, | ] ] ] ] |
| Defendants. | ] |

TO: Jennifer A. Donnelli, Esq.
Stephanie Bradshaw, Esq.
1200 Main Street, Ste. 3800
Kansas City, MO 64105

## NOTICE OF INTENT TO ISSUE SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the Plaintiffs intend to serve a Subpoena, in the form attached hereto, on Michael E. Boyd Esq. on December 9, 2016 or as soon thereafter as service may be effectuated.

Dated: December 7, 2016

The Gepford Law Group L.C.

/s/ *Lawrence F. Gepford Jr.*
Lawrence F. Gepford, Jr. #28058
300 South Liberty
Independence, MO 64050
816-333-9600
Fax: 816-363-3900
rickg@gepfordlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF MAILING

  The undersigned hereby certifies that the foregoing was requested to be delivered by the ECF system this 7th day of December 2016 to: Jennifer A. Donnelli, Esq. and Stephanie Bradshaw, Esq., Bryan Cave LLP, 1200 Main Street, Suite 3800, Kansas City, MO 64105. Attorney for Defendant.

*/s/ Lawrence F. Gepford Jr.*
Lawrence F. Gepford, Jr.