IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| | |
|---|---|
| NICK P. ALLEN and ] | |
| VANESSA J. ALLEN, ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | Case No. 4:16-cv-00120-FJG |
| v. ] | |
| ] | |
| OCWEN LOAN SERVICING, LLC, ] | |
| *et al.,* ] | |
| ] | |
| **Defendants.** ] | |

TO: Jennifer A. Donnelli, Esq.
Stephanie Bradshaw, Esq.
1200 Main Street, Ste. 3800
Kansas City, MO 64105

# FIRST AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the Plaintiffs will take the deposition of the following individual at the offices of Bryan Cave LLP, 211 N Broadway, #3600, St. Louis, MO 63102 on the 19th day of December, 2016 beginning at 12:30 p.m.; Michael E. Boyd, Esq., who is requested to give testimony concerning the foreclosure of 2213 East Ivory Circle, Excelsior Springs, MO 64024. Pursuant to Federal Rule 30 (a)(1) .

Said deposition will be recorded by a certified shorthand reporter employed by Midwest Litigation. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the applicable Rules of Civil Procedure.

THE GEPFORD LAW GROUP, L.C.

By: /s/ *Lawrence F. Gepford, Jr.*
Lawrence F. Gepford, Jr.     MO: 28058
300 South Liberty
Independence, Missouri 64050
816. 333-9600
FAX: 816. 363-3900
Email: rickg@gepfordlaw.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was requested to be delivered by the ECF system this 7th day of December, 2016 to: Jennifer A. Donnelli, Esq. and Stephanie Bradshaw, Esq., Bryan Cave LLP, 1200 Main Street, Suite 3800, Kansas City, MO 64105. Attorneys for Defendants.

 */s/ Lawrence F. Gepford Jr.*
Lawrence F. Gepford, Jr.