# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DISTRICT

| | |
|---|---|
| NICK P. ALLEN and ]<br>VANESSA J. ALLEN, ]<br> ]<br>      **Plaintiffs,** ]<br> ]<br>v. ]<br> ]<br>OCWEN LOAN SERVICING, LLC, ]<br>*et al.,* ]<br> ]<br>      **Defendants.** ] | Case No. 4:16-cv-00120-FJG |

TO:    Jennifer A. Donnelli, Esq.
         Stephanie Bradshaw, Esq.
         1200 Main Street, Ste. 3800
         Kansas City, MO 64105

## **SECOND AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the Plaintiffs, by agreement of both parties, will take the videotaped deposition of Michael E. Boyd, Esq. at the offices of Bryan Cave LLP, 211 N Broadway, #3600, St. Louis, MO 63102 on the 22nd day of December, 2016 beginning at 9:00 a.m. Michael E. Boyd, Esq. is requested to give testimony concerning the foreclosure of 2213 East Ivory Circle, Excelsior Springs, MO 64024.

Said deposition will be videotaped by Midwest Litigation and recorded by a certified shorthand reporter employed by Midwest Litigation. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the applicable Rules of Civil Procedure.

THE GEPFORD LAW GROUP, L.C.

By: /s/ *Lawrence F. Gepford, Jr.*
Lawrence F. Gepford, Jr.      MO: 28058
300 South Liberty
Independence, Missouri 64050
816. 333-9600
FAX: 816. 363-3900
Email: rickg@gepfordlaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was requested to be delivered by the ECF system this 19th day of December, 2016 to: Jennifer A. Donnelli, Esq. and Stephanie Bradshaw, Esq., Bryan Cave LLP, 1200 Main Street, Suite 3800, Kansas City, MO 64105. Attorneys for Defendants.

 */s/ Lawrence F. Gepford Jr.*
Lawrence F. Gepford, Jr.